**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

_____Division

**CIVIL RIGHTS COMPLAINT FORM**

TASHARA J. FREEMAN    CASE NUMBER: 8:25-CV-3042-SDM-AAS
(To be supplied by Clerk's Office)

_____

_____

(Enter <u>full name</u> of each <u>Plaintiff</u> and prison
number, if applicable)

v.

THE CITY OF
LAKE WALES:

_____

(Enter <u>full name</u> of each <u>Defendant</u>. If
additional space is required, use the blank
area directly to the right).

_____/

**ANSWER ALL OF THE FOLLOWING QUESTIONS:**

I.    PLACE OF PRESENT CONFINEMENT: _____
(Indicate the name and location)
_____ N | A _____

II.    DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN
THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes (  ) No (X)

[If your answer is YES, after reviewing the exhaustion requirements, answer the following
questions]

DC 225 (Rev. 9/03)          1

TPA73277
#405

<u>EXHAUSTION OF ADMINISTRATIVE REMEDIES</u>: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

<u>EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:</u>

<u>General Grievance</u>

    1.   Informal Grievance (Form DC3-005)
    2.   Formal Grievance (Form DC1-303)
    3.   Appeal to the Office of Secretary (Form DC1-303)

<u>Other Grievance</u>

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

<u>Questions</u>:

A.    <u>Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22</u> (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

    1.   Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes ( ) No (X)

    2.   If so, you must attach a copy of the grievance and response to this Complaint form.

    3.   Were you denied emergency status? Yes ( ) No ( )

        a.   If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ) No ( )

        b.   If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B.    <u>Informal Grievance</u> (Request for Interview)

    1.   Did you submit an informal grievance (Form DC3-005)? Yes ( ) No (X)

    2.   If so, you must attach a copy of the grievance and response to this Complaint form.

C.    <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

    1.   Did you have a disciplinary hearing concerning this matter? Yes ( ) No ( )

    2.   If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

    3.   Did you submit a formal grievance (Form DC1-303)? Yes ( ) No ( )

    4.   If so, you must attach a copy of the grievance and response to this Complaint form.

D.    <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

    1.   Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( ) No (X)

    2.   If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this _3rd_ day of _November_ , 2 _025_ .

_Nathan J. Freeman_
Signature of Plaintiff

III.    DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY? Yes ( ) No ( X)

If your answer is YES, answer the following questions.

A.   Is there a grievance procedure at your institution or jail? Yes ( ) No ( )

B.   Did you present the facts relating to your Complaint in the grievance procedure? Yes ( ) No ( )

C.   If your answer is YES:

    1.   What steps did you take? _____

    _____

    2.   What were the results? _____

    _____

    3.   To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D.   If your answer is NO, explain why not: _____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this ___3rd___ day of ___November___ , 2 _025_.

_____
Signature of Plaintiff

IV.   PREVIOUS LAWSUITS:

A.   Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (X)

B.   Have you initiated other lawsuits in federal court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (X)

C.   If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1.   Parties to previous lawsuit:

      Plaintiff(s): _____

      _____

      Defendant(s): _____

      _____

   2.   Court (if federal court, name the district; if state court, name the county):

      _____

   3.   Docket Number: _____

   4.   Name of judge: _____

   5.   Briefly describe the facts and basis of the lawsuit: _____

      _____

      _____

   6.   Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

      _____

      _____

   7.   Approximate filing date: _____

   8.   Approximate disposition date: _____

D.   Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:   N∅

_____

_____

_____

_____

V.    PARTIES:  In part A of this section, indicate your <u>full name</u> in the first blank and your full mailing address in the second blank.  Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.  Name of Plaintiff:  Tashara JelisSA Freeman

Mailing address:  50 N S. 4th STREET Apt. 11C
LAKE WALES, FLA. 33853

B.  Additional Plaintiffs: _____

_____

_____

In part C of this section, indicate the <u>**full name**</u> of the first named Defendant.  Also, fill in his or her mailing address, position, and where he or she is employed.  For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.  Defendant:  THE CITY OF LAKE WALES

Mailing Address:  201 W. Central Ave. Lake Wales, FLA.
33853

Position:  EMPLOYER

Employed at:  CITY OF LAKE WALES.

D.  Defendant: _____

Mailing Address: _____

_____

Position: _____

Employed at: _____

E.  Defendant: _____

Mailing Address: _____

_____

Position: _____

Employed at: _____

F.  Defendant: _____

Mailing Address: _____

_____

Position: _____

Employed at: _____

G.  Defendant: _____

Mailing Address: _____

_____

Position: _____

Employed at: _____

VI.    STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the
United States have been violated, and be specific.  If you intend to allege a number of
related claims, set forth each claim in a separate paragraph.  Any claim that is not related
to the same basic incident or issue must be addressed in a separate Civil Rights Form.

THE PLAINTIFF, states That Her 4th,
Constitutional Right's of The United STATES
has been violated, the protection Against
unlawful unreasonable Searches and seizures.
Without being supported by sufficient
evidence of probable cause → continue → page

VII.    STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe
how each defendant was involved.  **Do not make any legal arguments or cite any cases
or statutes.**  State with as much specificity as possible the facts in the following manner:

1.   Name and position of person(s) involved.
2.   Date(s).
3.   Place(s).
4.   Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5.   Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of
the defendant(s)).

On December 5th, 2024, The City of Lake
Wales, the employee of The City of Lake
Police Department, employee, a Ashely, Crockrell,
1420, Knowingly, willingly and intentionally filed a
falsely filed arrest police report, with a malicious
intentions against Tashara J. Freeman, for the
said unlawful violent criminal felony offenses
Fostely of simple assault, Threa; and Agg. assault
with a weapon, Gun, without having the Lawful
sufficientcey of Probable Cause of Evidence
For the unlawful arrest for TASHARA's

CONTINUANCE from page #8,VI. STATEMENT OF CLAIMS:
that would have satisfied the 4th, Constitutional Rights of Laws for The U. S. Constitution, of
sufficient evidence of lawful probable cause.

CONTINUANCE from page #8., VII. STATEMENTS OF FACTS, page #9.

JELISSA FREEMAN. And, due to The City Of Lake Wales's, employee; The City of Lake Wales; Police Department's, employee officer Cockrell, Ashley L420, did knowingly, willingly, and intentionally, neglected [her] training as being a police officer of the law,  by deliberately violating The plaintiff's, 4th, Constitutional Right of Laws, of The United States Constitution. A right from any unlawful unreasonable searches and unreasonable seizures.The Defendant's, employee arresting officer Crockrell L420,did so knowingly, willingly, and intentionally, filed the unlawful arrest police report, on December 5th, 2024, under oath; against the plaintiff, without the defendant's, employee having the lawful sufficiency evidence of probable cause, in the falsely unlawful filed arrest police report, for  the plaintiff's, unlawful arrest for the two unlawful violent charges of count 1, simple assault threat, or count 2, agg. Assault W/ a weapon, on January 27th, 2025. The defendant, employee officer Crockrell, L420, did falsely file the false arrest report, without any  remorse of her professional ethical lawful job title as being a police officer employed by The City Of Lake Wales. Nor did the defendant's, employee officer Crockrell, L420, have any remorse when knowingly, and willingly violating the Laws of The United States 4th, Constitution. When knowingly, and willingly  filing the falsely filed arrest report, on December 5th, 2024, against Ms. Freeman, with the knowledge of knowing that! Her malicious acts of neglecting her professional and ethical job title as a law upholding police officer, employed for The City of Lake Wales! And neglecting to uphold and follow The U. S. 4th, Constitutional Laws, of the plaintiff, when filing the false arrest report, while under oath; was unlawful and would be violating the plaintiff, 4th, Constitutional Right Of Laws, in order to knowingly, willingly,and intentionally to deprived the plaintiff, of her rights that were protected and safeguarded by the 4th, Constitutional laws, of the U. S. Constitution. For which did protect the plaintiff, from the unlawful arrest on Jan. 27th, 2025,in The Polk County Sheriff's, jail book-in, for 3 hours and 38 minutes against the plaintiff's, will for the the said unlawful false accusations, and unlawful falsely filed arrest police report; under oath,filed on December 4th, 2024, by The City of Lake Wales; employee, a officer Cockrell, L420, employed at The City Of Lake Wales; Police Department. For whom officer Crockrell, was without the sufficiency of any sufficient evidence of probable cause, for the said unlawful falsely filed police arrest report, on December 5th, 2024, for the said violent criminal charges of  simple assault threat. Or for agg. Assault; W/ weapon a gun). The City Of Lake Wales, employee police officer, a Ashely, Crockrell L420, was not acting in the lawful and legal means of [her] professional training duty as being a police officer, employed for The City Of Lake Wales,  when filing the falsely filed arrest police report, of the false accusations of violent criminal violations of the law against the plaintiff, on December 5th, 2024,  for the violent criminal charges of simple assault threat, or aggravated assault, with a weapon a gun; without having the lawful, legal rights under The United States, 4th, Constitutional laws, for which protects the plaintiff, from the unreasonable searches and seizures, of [her] persons, on January 27th, 2025, when deprived of [her] freedom in the polk county Sheriff's, jail book-in, for 3 hours and 38 minutes; against her will.

9.

The City Of Lake Wales, who are the employer; of The City Of Lake Wales police Department, employees! Are liable for those employees, who knowingly, willingly, and intentionally neglect their job titles as a police officer; employed for The City of Lake Wales. And, who have also caused Ms. Freeman, who is and was at the time of this incident a law abiding citizen with no violent criminal charges of simple assault threat, and agg. Assault, W/ a weapon a gun.The defendant's, employee neglect and negligence of knowingly, and willingly filing a falsely filed unlawful arrest report, under oath against the plaintiff! Did impede, and impaired the plaintiff, to now the plaintiff, suffers from permanent mental anguish, depression, and (IIED), Intentional Inflicted Emotional Distress because of the neglect and unethical job performance of the defendant's, employee police officer Crockrell, L420,for not up holding or following The United States 4th, Constitutional Laws.

The City of Lake Wales's; employee, a police officer Crockrell, L420; did with malice and with malicious intentions towards the plaintiff! By knowingly, willingly, and intentionally, falsely accused. And who knowingly filed the falsely filed arrest police report, under oath; on December 5th, 2024, for the unlawful arrest for the plaintiff, without having any sufficient evidence of probable cause, of the violent criminal charges of simple assault, threat; and agg. Assault, with a weapon, a gun. The defendant's, employee officer Crockrell, L420, malicious intentions of neglecting the United States 4th, Constitutional laws, on December 5th, 2024, were to intentionally deprive the law abiding citizen, the plaintiff, in this case of [her] freedom in jail. And, if] was convicted by The State Of Florida, The plaintiff would have been sent to a Florida State Prison! In order to intentionally deprive the plaintiff of [her] freedom, in jail or State prison. And cause the plaintiff, defamation of [her] reputation as in never been falsely unlawfully labeled as violent criminal offender, or unlawfully falsely arrested for those false accusations. This neglect by the defendant's employee intentionally, knowingly, and willingly intended to impaired the plaintiff, and caused defamation of the plaintiff's reputation as being a non violent criminal. That was never falsely unlawfully arrested for any violent charges that were falsely stipulated by The City Of Lake Wales, employee arresting police officer L420 Crockrell, who did so knowingly, and willingly did file the unlawful falsely filed arrest report; for Ms. Freeman's arrest. The City of Lake Wales, employee The City Of Lake Wales Police Department, officer Crockell, also had the prior legal knowledge as being a police officer, of her professional job training prior in becoming a police officer, for the defendant, that! By knowingly, willingly, and intentionally, filing the unlawful false arrest police report, under oath against the plaintiff, on December 5th, 2024, that her unlawful actions would be a violation of The plaintiff's, 4th, Constitutional Right of The United States Laws; the right on January 27th, 2025, from the unlawful unreasonable search and seizers of the plaintiff's, [persons] in the Polk County Sheriff's, county jail book-in, for 3 hours and 38 minutes for lack of probable cause. For which officer Crockrell, L420, had the prior knowledge that her unlawful actions would impede the plaintiff, and cause the plaintiff, to be falsely accused by The State Of Florida. And that the plaintiff would be unlawfully arrested and lose [her] job. Which was a dietary aid. For which in [her] field of work the false charges of simple assault threat! An aggravated assault, with a weapon,

10.

would cause the plaintiff to lose her job, which provided for [her] and her three(3) kids. The City Of Lake Wales, employee officer L420 Crockrell, employed at The City Of Lake Wales; Police Department, actions of knowingly violating [her] professional ethical job title as a certified police officer of the law! And, the plaintiff's, 4th, Constitutional Right, that protected the plaintiff, from the unlawful searches and seizures,due to lack of probable cause! Did impaired the plaintiff, that, now the plaintiff, suffer with permanent mental anguish, depression and (IIED), Intentionally Inflicted Emotional Distress for being unlawfully falsely deprived of [her] freedom in The Polk County Sheriff's, county jail on January 27th, 2025. The defendant's, employee unprofessional unethical violations of the United States 4th, Constitutional Laws, caused the plaintiff to suffer from mental anguish, depression and (IIED), for having to go through the mentally emotional, stressful time of having to prove[her] innocence in a court, of law because of The State Of Florida, filing information in this matter based of the defendant's, employee falsely filed arrest police report, on December 5th, 2024, by The State, trying to get a conviction for the said false accusations, of simple assault threat, and Agg. assault, with a weapon gun, that was stated in the falsely filed police arrest report under oath, filed by the defendant's employee. For which the State of Florida, filed a notice of [TERMINATIONS DISMISSIAL] of the unlawful falsely insufficient evidence of probable cause of the false criminal violent offenses filed in the defendant's, employee officer Crockrell, arrest police report, after The State of Florida, did not prevail in taking the plaintiff's, criminal charges to jury trial,for nine (9) months for lack of sufficient evidence of probable cause; based in the defendant's, employee's, arresting officer Crockrell's, unlawful falsely filed arrest report, under oath. For which the plaintiff, had to endure so much of mental anguish, depression, and intentional inflicted emotional distress from The State Of Florida, in Whom was seeking a convictions on both unlawful violent criminal offenses filed in their informations in this matter based on the defendant's, employee unlawful falsely filed arrest police report, filed on December 5th, 2024, for the plaintiff's, arrest; due to insufficient evidence of sufficient evidence of probable cause, in the unlawful falsely filed police by officer Crockrell, L420, employed at The City of Lake Wales; Police Department.The State, Terminated and dismissed both unlawful counts on September 18th, 2025. Case no: 52-2024-MM-010185, Agency case no: LW LW 24-0002490. The City Of Lake Wales's employee; an officer Crockrell, Ashley L420, employed at The City Of Lake Wales Police Department! Negligence did neglect the plaintiff's, 4th, U. S. Constitutional Rights of Laws, by depriving [her] of her freedom, in The Polk County Sheriff's, county jail book-in on Jan. 27th, 2025, from 10: 00 am! Until !:38 pm! Did impede, impaired, and caused the plaintiff's, to be neglected of her U. S. 4th, Constitutional Laws, of her persons. Which the negligence caused the plaintiff, to now suffer with permanent mental anguish, mental depression and (IIED) Intentionally Inflicted Emotional Distress, caused knowingly, willingly, and intentionally by the defendant's, employee arresting officer Ashley Crockrell L420, for the loss of [her] job. The loss of [her] good non-violent criminal reputation; as a good worker as a dietary aid.The plaintiff, suffers with mental anguish, mental depression, and intentionally inflicted emotional distress because of the negligence; caused by an employee for The City of Lake Wales; The City Of Lake Wales Police Department, for the defamation of

[her] reputation as a non violent felony criminal offender in The City Of Lake Wales, with a perfect work history on [her] job as a dietary aid. For which the defendant's employee caused the plaintiff to lose her perfect job title as a good ethical dietary aid. And caused the plaintiff, too loss of income for which provided the plaintiff, with a place to live for ]her] and her three (3) kids for which the plaintiff, lost when [she] lost her job, as a dietary aid all because of the neglect and negligence knowingly, willingly, and intentionally inflicted by the defendant's, unlawfully filed arrest police report,under oath, filed by The City Of Lake Wales, employee officer Crockrell, L420.

VIII. <u>RELIEF REQUESTED:</u>   State briefly what you want the Court to do for you.  Again, do not make any legal arguments or cite any cases or statutes.

The plaintiff, ask this Court, to set this Matter for jury trial, for the said negligence stated in this matter against the defendant, For the plaintiff, is seeking a monetary settlement for the said damages the plaintiff, substained, for the false arrest, mental and depression onquish and (IIED) for which caused the plaintiffs too lose Her job.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this _____3rd_____ day of ____November____, 2 __025__.

_____

_____

_____
(Signatures of all Plaintiffs)

DC 225 (Rev. 9/03)

13.

CONTINUANCE page #10, VIII: RELIEF REQUESTED:

of having a perfect work ethic as a dietary aid; due to The City Of Lake Wales's, employee The City Of Lake Wales; Police Department's, arresting office Crockrell, filing a false unlawful arrest report against Ms. Freeman, deliberately, knowingly, willingly, and intentionally on December 4th, 2024,for the unlawful arrest of the plaintiff, for the false accusations, and false insufficient evidence of probable cause, for the violent criminal offenses of simple assault, threat, count 1, and for count 2, Agg. assault; with a weapon after their investigation was conducted with the victim in this case on December 4th, 2024. For which did not satisfy the plaintiff's, 4th, Constitutional Right, under The U. S. Constitution. And did lead to the plaintiff's, unlawful arrest on January 27th, 2025, for 3 hours and 38 minutes against [her] will unlawfully in The Polk County Sheriff's,county jail book-in, from about 10:00 am till around 1 :38 pm. for the said unlawful falsely; filed arrest report; filed by The City Of Lake Wales, employee; officer Crockrell, employed for The City Of Lake Wales; Police Department. For which the defendant's employee neglecting her professional job duties as a police officer upholding the law and peace actions of neglect did impede, and impaired the plaintiff's, with losing [her] job. For which did impede the plaintiff, from providing for [her] three (3), kids, and also caused the plaintiff, to lose her place of living. For which caused the plaintiff's, three (3), kids to suffer through and with this malicious ordeal of losing their mother to going to jail, losing [her] job, and means to provide the life that their mother was giving them before this unjust. Unlawful false accusation stipulated in the false unlawful arrest report for which the defendant's employee, a police officer working for The City Of Lake Wales; Police Department,knowingly, willingly, and with malicious, malice intentions; did file against the plaintiff, on December 4th, 2024. The defendant's, negligence of not properly training their employees, that work for The City Of Lake Wales, Police Department, that they [MUST] follow all the Rules as being employed for The City Of Lake Wales, by following the laws of the United States Constitution, as a police officer, up holding the law. And, by the defendant, not making sure that their employees, who work for The City Of Lake Wales, Police Department, do not follow their professional, and ethical training as being a police officer, upholding the law in The City Of Lake Wales! Or the United States Constitutional Laws, that protects the citizens of The City of Lake Wales, from the unlawful, unreasonable search and seizers that the plaintiff, sustained on December 4th, 2024, by an employee for The City Of Lake Wales; Police Department! The plaintiff now suffers from permanent  mental anguish, mental depression and intentional inflicted emotional distress; knowingly caused by the defendant's employee. For which cause the plaintiff, even more deeper mental anguish, depression and emotional distress by have to watch [her] three (3), kids, ages 13, 5, and 4 years of age, who had no choice but to watch their mother, for whom had no explanations for them of why she the plaintiff was going through such unlawful experience of having to prove [her] innocence in a court of law; of being a victim of being falsely accused by the City Of Lake Wales's; Police Department, without any sufficient evidence of probable cause, for the falsely filed criminal charges; stipulated of simple assault, threat, and agg. Assault, W/ weapon a gun,filed by officer Crockrell, L420, employed for  the defendant, who knowingly, willingly,

14

and intentionally with malice did filed the falsely filed arrest report, under oath on December 4th, 2024. And the plaintiff, had to endure mental anguish, depression, and (IIED),the entire time while going through this painful,and humiliating, and defamations of [her] reputations trying to explain to her three (3), kids Why, the plaintiff, can not provide for them anymore! And why their mother lost [her] job; and always sad and not happy anymore the entire time the plaintiff, was suffering so much for something [she] did not do because of the negligence of neglecting the plaintiff's, 4th, Constitutional Right of Law.The Defendant's, employee; officer Crokrell, L420; failure to follow the lawful execution of her job duties as a police officer on December 4th, 2024, when filing a falsely filed police arrest report under oath for the unlawful arrest of the plaintiff, for the said unlawful violent felony offenses simple assault threat, count!, and agg. Assault, W/ a weapon, count #2, which had the plaintiff unlawfully detained and arrested deprived of her freedom in The City Of Lake Wales; Police Department custody and transported and booked-in in the Polk County Sheriff's, county jail book-in custody; for 3 hours and 38 minutes unlawfully, without sufficient probable cause,from the unlawful falsely filed arrest report, by officer Crockrell;under oath. Until the plaintiff, was released with a court, date for the said unlawful false accusations of the two violent criminal charges stipulated in the defendant's, employee officer Crockrell's, L420., unlawfully falsely filed arrest report; under oath on December 4th, 2024. The defendant's, employee The City Of Lake Wales's; Police Department's, employee Officer Crockrell, L420, unprofessional, and unethical actions was an act of [MALFEASANCE]. The act of neglecting her, professional and ethical execution of her lawful job duties,as a police officer employed at The City Of Lake Wales; Police Department, on December 4th, 2024, by filing an unlawful falsely filed arrest report, under oath, knowingly, willingly, and with the malicious intentions of deliberately violating her professional job title as a police officer up holding and protecting the laws of The U. S. Constitutional when knowingly violating the plaintiff's, 4th, Constitutional Rights of Laws, of living free and protected from any unlawful, illegal searches and seizures, for which was the cause of the plaintiff's unlawful arrest on January 27th, 2025.

The defendant's,employee officer Crockrell, L420., made the unprofessional and unethical job decision on December 4th, 2024, too knowingly, and willingly deviating from the legal executions of her professional and ethical job duties as a police officer, up holding the laws in The City Of Lake Wales, for The City of Lake Wales; Police Department,on December 4th, 2024, by violating the Laws of The United States Constitution; when knowingly, willingly, and with malicious intentions; when the defendant's, employee; police officer Crockrell, L420, filed the unlawful false police arrest report; filed under oath, for which deprived the plaintiff, of [her] freedom in the polk county Sheriff's, jail with out sufficient evidence of probable cause! Did impaired and caused the plaintiff, to now suffer with permanent mental anguish, mental depression, and (IIED) intentional inflicted emotional distress; and defamations of her reputation as being falsely accused and falsely arrested for two violent felony offenses for which did violate the plaintiff's, 4th, Constitutional Rights of Laws of The United States Constitution, the plaintiff's rights and protections from any unlawful, and illegal searches

and seizures; of the plaintiff's persons. Therefore, the plaintiff, ask this Court, to set this matter for a jury trial. and any other relief this court deems just.